UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80356-CIV-RYSKAMP/VITUNAC

FLO & EDDIE, INC.,

        Plaintiff,

v.

EUGENE B. SETTLER and
SETCO, INC.,

        Defendants.
_____/

## ORDER GRANTING MOTION TO QUASH SERVICE OF PROCESS

THIS CAUSE comes before the Court pursuant to UNLIMITED MEDIA GMBH'S ("UNLIMITED") Motion to Quash Service of Process, filed October 2, 2008 **[DE 36]**. No response to the motion has been filed.

UNLIMITED is a German Corporation without a subsidiary, office, or registered agent in the United States. Fed. R. Civ. P. 4(f)(1), provides for service on an individual in a foreign country "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents." Germany is a signatory to the Hague Convention. Accordingly, any service on UNLIMITED must comport with the Hague Convention. See Volkswagenwerk v. Akitengesellschaft v. Schlunk, 468 U.S. 694, 706, 108 S.Ct. 2104, 2111 (1988) (Hague Convention is "the exclusive means of valid service" for entities in countries that are signatories to the Hague Convention). At the time Germany ratified the Hague Convention, Germany opted out of service by postal channel. Accordingly, service by registered mail is not an authorized

2

means of service of process against a German citizen or corporation. Plaintiff attempted to serve UNLIMITED via certified or registered mail. Furthermore, the documents attempted to be served were not translated into German, as is also required by the Hague Convention. It is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Service shall be effected pursuant to the Hague Convention with a full and complete certified translation of the document and attachments into German.

DONE AND ORDERED at Chambers and was Palm Beach, Florida this 19th day of November, 2008.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE